1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Suite 112
Fresno, California 93720
3  Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5  Attorney for Defendant, JASON OSBORNE

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES GOVERNMENT,           )   CASE #6:07-mj-00032-WMW
                                         )
11 |          Plaintiff,                 )
                                         )   STIPULATION TO CONTINUE
12 |                                     )   UNTIL APRIL 17, 2007
                                         )
13 | vs.                                 )
                                         )
14 | JASON OSBORNE,                      )
                                         )
15 |          Defendant.                 )
                                         )
16 |_____)

17         IT IS HEREBY STIPULATED by and between the Defendant, JASON OSBORNE, his

18 Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government,

19 ELIZABETH WALDOW, that the Status Conference in the above-captioned matter currently

20 scheduled for April 10, 2007, at 10:00 a.m. be continued until April 17, 2007 at 10:00 a.m.

21 due to unavailability of defense counsel.

22 Dated: March 16, 2007

23                                              By: /s/ Carol Ann Moses
                                                    CAROL ANN MOSES
24                                                  Attorney for Defendant
                                                    JASON OSBORNE
25 Dated: March 16, 2007
                                                By: /s/ Elizabeth Waldow
26                                                  Elizabeth Waldow
                                                    Legal Officer for
27                                                  United States Government

28

---
1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

1
2                              * * * ORDER * * *
3       The Court, having reviewed the above request for a Continuance of Status Conference
4  until April 17, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:
5       1.     The Status Conference Hearing for Defendant, JASON OSBORNE, shall be
6              continued to April 17, 2007 at 10:00 a.m.
7
8  Dated: _____, 2007
                                                    By: _____
9                                                        WILLIAM M WUNDERLICH
                                                         United States Magistrate Judge
10
                              IT IS SO ORDERED.
11
       **Dated:   March 27, 2007         /s/  William M. Wunderlich**
12                mmkd34UNITED STATES MAGISTRATE JUDGE