# United States District Court

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
| V. | |
| Jason Osborne | CASE NUMBER: 6:07-mj-00032-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

IT IS SO ORDERED.

**Dated:  May 23, 2008**                              **/s/  William M. Wunderlich**
                                                                   UNITED STATES MAGISTRATE JUDGE